**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Jason Allen Larson, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2021-000764

———————————

Appeal From Greenville County
R. Scott Sprouse, Circuit Court Judge

———————————

Unpublished Opinion No. 2025-UP-073
Heard February 4, 2025 – Filed February 26, 2025

———————————

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

———————————

Senior Appellate Defender Kathrine Haggard Hudgins, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, Deputy Attorney General Donald J. Zelenka and Senior Assistant Deputy Attorney General Melody Jane Brown, all of Columbia, for Respondent.

———————————

**PER CURIAM:** We issued a writ of certiorari to review the post-conviction relief (PCR) court's denial of Jason Allen Larson's application for PCR. We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**KONDUROS, MCDONALD, and VINSON, JJ., concur.**